UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TREVERS JACKSON,

                        Petitioner,

                -against-                                          10 Civ. 3062 (LAK)

WILLIAM A. LEE,

                        Respondent.
------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

        Petitioner was convicted in June 2004 in the New York Supreme Court, New York County, of enterprise corruption, fourth degree conspiracy, second degree burglary, second degree grand larceny, second degree criminal possession of stolen property, and two counts of first degree perjury and sentenced to concurrent terms of 25 years to life imprisonment. The conviction was affirmed by the Appellate Division, and leave to appeal and certiorari were denied. *People v. Jackson,* 45 A.D.2d 433, 846 N.Y.S.2d 45 (1st Dept.), *leave to appeal denied denied,* 10 N.Y.2d 812, 857 N.Y.S.2d 45, *cert. denied,* 129 S.Ct. 462 (2008). His collateral attack pursuant to N.Y. Crim. Proc. L. § 440.10 also was unsuccessful. *People v. Jackson,* 26 M.3d 1236(A)(, 907 N.Y.S.2d 439 (Sup. Ct. N.Y. Co. 2010). He now petitions this Court for a writ of habeas corpus.

        For the reasons exhaustively canvassed in the report and recommendation of Magistrate Judge Andrew J. Peck, the petition is denied and the case dismissed. Petitioner's objections all are overruled. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:        December 10, 2010

                                                            Lewis A. Kaplan
                                                     United States District Judge